Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−16553−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda L. Puzio
   277 Church Street
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−9367

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/18/23
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 7, 2023
JAN: rh

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-16553-RG
Linda L. Puzio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Aug 07, 2023      Form ID: 132      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda L. Puzio, 277 Church Street, Lodi, NJ 07644-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519986118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:36:11 | CBNA/HOME DEPOT, CITI CARDS PRIVATE LABEL BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:47:50 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:47:21 | CITIBANK SEARS, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:36:59 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITY BANK/AVENUE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITY BANK/CATHERINES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986124 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITY BANK/FASHION BUG, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986125 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITY BANK/KINGSIZE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986127 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITY BANK/MANDEE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986128 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITY BANK/ROAMAN'S, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-16553-RG    Doc 13    Filed 08/09/23    Entered 08/10/23 00:16:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: 132 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 07 2023 20:38:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | COMENITYBANK/TRWRDSV, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:47:29 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519986131 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 07 2023 20:39:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519986132 | + | Email/Text: EBNBKNOT@ford.com | Aug 07 2023 20:39:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 519986133 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 07 2023 20:37:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519986136 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2023 20:38:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519986116 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2023 20:38:00 | BBVA, ATTN: BANKRUPTCY, 5 SOUTH 20TH ST, BIRMINGHAM, AL 35233 |
| 519986138 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:50 | SYNCB/IKEA, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986139 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:28 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986141 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:46 | SYNCHRONY BANK, ATTN: BNAKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986142 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:50 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986144 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:49 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986145 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:48:05 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986146 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:22 | SYNCHRONY BANK/SHOPNBC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986147 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:36:07 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986148 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:46 | SYNCHRONY/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986149 | + | Email/Text: bncmail@w-legal.com | Aug 07 2023 20:38:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519986115 | | ALLEGRO CREDIT |
| 519986140 | | SYNCB/WALMART DC |
| 519986126 | *+ | COMENITY BANK/KINGSIZE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |

| | | |
|---|---|---|
| 519986135 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519986137 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519986117 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, ATTN: BANKRUPTCY, 5 SOUTH 20TH ST, BIRMINGHAM, AL 35233 |
| 519986143 | *+ | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023                          Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Linda L. Puzio ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3