Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−16553−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda L. Puzio
   277 Church Street
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−9367

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 19, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Linda L. Puzio<br>      Debtor | Case No. 23-16553-RG<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda L. Puzio, 277 Church Street, Lodi, NJ 07644-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519986118 | + EDI: CITICORP.COM | Oct 20 2023 00:38:00 | CBNA/HOME DEPOT, CITI CARDS PRIVATE LABEL BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986119 | + EDI: CITICORP.COM | Oct 20 2023 00:38:00 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986120 | + EDI: CITICORP.COM | Oct 20 2023 00:38:00 | CITIBANK SEARS, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986121 | + EDI: CITICORP.COM | Oct 20 2023 00:38:00 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 519986122 | + EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITY BANK/AVENUE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986123 | + EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITY BANK/CATHERINES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986124 | + EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITY BANK/FASHION BUG, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986125 | + EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITY BANK/KINGSIZE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986127 | + EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITY BANK/MANDEE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986128 | + EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITY BANK/ROAMAN'S, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, |

Case 23-16553-RG   Doc 19   Filed 10/21/23   Entered 10/22/23 00:18:10   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 519986129 | + | EDI: WFNNB.COM | Oct 20 2023 00:38:00 | OH 43218-2125<br>COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986130 | + | EDI: WFNNB.COM | Oct 20 2023 00:38:00 | COMENITYBANK/TRWRDSV, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520021747 | + | EDI: AIS.COM | Oct 20 2023 00:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520044274 | | EDI: CITICORP.COM | Oct 20 2023 00:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519986134 | | EDI: CITICORP.COM | Oct 20 2023 00:38:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519986131 | + | EDI: BLUESTEM | Oct 20 2023 00:38:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520002620 | ^ | MEBN | Oct 19 2023 20:52:15 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519986132 | + | Email/Text: EBNBKNOT@ford.com | Oct 19 2023 21:03:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 519986133 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2023 21:01:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 520025819 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 21:10:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520045951 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 19 2023 21:01:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520019811 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 19 2023 21:01:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg OH 45342 |
| 519986136 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 19 2023 21:01:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519986116 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 19 2023 21:01:00 | BBVA, ATTN: BANKRUPTCY, 5 SOUTH 20TH ST, BIRMINGHAM, AL 35233 |
| 520042982 | | EDI: Q3G.COM | Oct 20 2023 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519986138 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCB/IKEA, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986139 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986141 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY BANK, ATTN: BNAKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986142 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986144 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986145 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986146 | + | EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY BANK/SHOPNBC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |

Case 23-16553-RG   Doc 19   Filed 10/21/23   Entered 10/22/23 00:18:10   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 38 |

| 519986147 | + EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986148 | + EDI: RMSC.COM | Oct 20 2023 00:38:00 | SYNCHRONY/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519986149 | + EDI: WTRRNBANK.COM | Oct 20 2023 00:38:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519986115 | | ALLEGRO CREDIT |
| 519986140 | | SYNCB/WALMART DC |
| 519986126 | *+ | COMENITY BANK/KINGSIZE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519986135 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 520045647 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519986137 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519986117 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, ATTN: BANKRUPTCY, 5 SOUTH 20TH ST, BIRMINGHAM, AL 35233 |
| 519986143 | *+ | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Linda L. Puzio ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 38

TOTAL: 5